IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02957-PAB-MJW

STANLEY CREIGHTON LOBATO-WRIGHT, and
TODD ANTHONY LOBATO-WRIGHT

Plaintiffs,

v.

ANTONIA MANJARRES, and
GERRITT KOSER,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- A Scheduling Conference is SET for March 30, 2015, at 10:00 a.m.;

- The parties shall meet and confer pursuant to Fed. R. Civ. P. 26(f) and Local Civil Rules 16.1 and 26.1(a) no later than March 9, 2015;

- The parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1) no later than March 23, 2015;

- The parties shall file a proposed scheduling order no later than March 25, 2015;

- Plaintiffs shall **forthwith** serve defendants with process in this case, regardless of whether additional defendants have yet been identified; and

- Plaintiffs' Motion to Vacate the January 6, 2015 Scheduling Conference is DENIED AS MOOT.

Date: January 7, 2015