IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02957-PAB-MJW

STANLEY CREIGHTON LOBATO-WRIGHT, and
TODD ANTHONY LOBATO-WRIGHT

Plaintiffs,

v.

ANTONIA MANJARRES,
GERRITT KOSER, and
DANIEL CHUN,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiffs' Unopposed Motion to Vacate the March 20, 2015 Scheduling Conference (Docket No. 23) is GRANTED.  The Scheduling Conference set for March 30, 2015 at 10:00 a.m. is VACATED and RE-SET for May 4, 2015, at 2:30 p.m.

Date: March 24, 2015