IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02957-PAB-MJW

STANLEY CREIGHTON LOBATO-WRIGHT, and
TODD ANTHONY LOBATO-WRIGHT

Plaintiffs,

v.

GERRITT KOSER,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Motion [to Extend Deadline for Amending Pleadings] **(Docket No. 43)** is GRANTED for good cause shown.

It is hereby ORDERED that the Scheduling Order (Docket No. 36) is AMENDED such that the deadline to amend pleadings is extended to June 18, 2015.

Date: June 5, 2015