IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02957-PAB-MJW

STANLEY CREIGHTON LOBATO-WRIGHT, and
TODD ANTHONY LOBATO-WRIGHT

Plaintiffs,

v.

GERRITT KOSER,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiffs' Motion to Modify the Scheduling Order (Docket No. 59) is GRANTED for good cause shown; and

- The Scheduling Order (Docket No. 36) is AMENDED such that the discovery cut-off is extended to February 29, 2016, and the dispositive motion deadline is extended to April 4, 2016.

Date: November 16, 2015