IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02957-PAB-MJW

STANLEY CREIGHTON LOBATO-WRIGHT, and
TODD ANTHONY LOBATO-WRIGHT

Plaintiffs,

v.

GERRITT KOSER,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- The Stipulated Motion to Vacate the Final Pre-Trial Conference (Docket No. 66) is GRANTED; and

- The Final Pre-Trial Conference set for March 8, 2016 at 9:30 a.m. is VACATED and RE-SET for May 24, 2016 at 9:30 a.m.

Date: February 29, 2016