IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02957-PAB-MJW

STANLEY CREIGHTON LOBATO-WRIGHT, and
TODD ANTHONY LOBATO-WRIGHT

Plaintiffs,

v.

GERRITT KOSER,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendant's Unopposed Motion to Modify the Scheduling Order (Docket No. 71) is GRANTED for good cause shown;

- The Scheduling Order (Docket No. 36) is AMENDED such that the dispositive motion deadline is extended to May 11, 2016;

- The Final Pretrial Conference set for May 24, 2016, at 9:30 a.m. is VACATED and RE-SET for July 27, 2016, at 10:00 a.m.; and

- The proposed pretrial order SHALL BE FILED on or before July 20, 2016.

Date: March 30, 2016